# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 6, 2021

## NO. 03-19-00557-CV

**Julio Gonzales, Appellant**

**v.**

**Austowers LLC d/b/a Crossing Point Shopping Center, Appellee**

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
AFFIRMED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the order signed by the trial court on July 19, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.